UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>       v.<br><br>ARTURO RIVERA-GALLEGOS,<br><br>             Defendant. | CASE NO.:   21-cr-3547-JLS<br><br>Hon. Janis L. Sammartino<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING** |

GOOD CAUSE APPEARING, the parties' Joint Motion to Continue the Motion/Hearing Trial Setting from January 21, 2022 to **February 25, 2022 at 1:30 p.m.** is hereby **GRANTED**. For the reasons stated in the Parties' joint motion, the Court finds that time should be excluded under 18 U.S.C. §§ 3161(h)(1)(D) and (h)(7)A), because there are pending motions and the continuance serves the ends of justice and outweigh the public and Mr. Rivera-Gallegos' interests in a speedy trial.

**IT IS SO ORDERED.**

DATED:   01/18/2022                    By: *Janis L. Sammartino*

**HON. JANIS L. SAMMARTINO**
United States District Court Judge